## City Court.

*Trial Term—March,* 1886.

## LOBENTHAL *against* KELLER.

Neither an action nor a counter-claim can be maintained at law by one partner against another growing out of an unsettled partnership relation. The remedy is in equity.

McADAM, Ch. J.—The defendant's claim for contribution is valid to the extent of $150 and interest, making together $168; but it is not the proper subject of counter-claim, because it grows out of an unsettled partnership

relation existing between him and the plaintiff's assignor. The defendant has a suit now pending for an accounting, in which he may appropriately charge the above $168 against his partner in the adjustment of the accounts. The following authorities sustain these conclusions: *Waterman on Set-off*, 178, 179; *Barbour on Set-off*, 90; *Story on Part.* §§ 221–223; 3 *Hill*, 188; 27 *Barb.* 554; *Story Eq.* §§ 664, 665; 14 *Johns.* 318; 1 *Hall*, 180; 6 *Barb.* 537; 23 *Id.* 184; 4 *N. Y.* 186; 43 *Id.* 598; 54 *Barb.* 223; 1 *Duer*, 667. A counter-claim, even if used merely as a set-off, is in the nature of a cross action, which cannot be maintained at law, by one partner against another, until there has been a settlement had and balance struck. The theory of the equity suit is that because the partners have not agreed upon a balance the court should, after the accounting, declare one.

The plaintiff, is, therefore, entitled to judgment for $384.04 with costs.